# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

FILED IN THIS OFFICE
AUG 19 2026
Clerk U.S. District Court Greensboro, N.C.
BY

Case No. 1:26CV847 (to be filled in by the Clerk's Office)

Larry Donnell Ziglar
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Boddie Noell Enterprises
1021 Noell Lane
Rocky Mount N.C. 27804
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Larry Donnell Ziglar |
| Street Address | 316 South 4th Ave |
| City and County | Mayodan N.C. Rockingham County |
| State and Zip Code | N.C 27027 |
| Telephone Number | 336-709-9757 |
| E-mail Address | larry. Ziglar AT Gmail.Com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Boddie Noel Enterprises |
| Job or Title *(if known)* | Corporation |
| Street Address | 1021 Noell Lane |
| City and County | Rocky mount Nash County |
| State and Zip Code | N.C 27804 |
| Telephone Number | 252-937-2000 |
| E-mail Address *(if known)* | — |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | HArdee's |
| Street Address | 604 Burton Street |
| City and County | MAyodAN Rockingham County |
| State and Zip Code | N.C 27025 |
| Telephone Number | 336-427-4325 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts *(specify)*: Failure to accommodate MY Religious Practices

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

APril, 7th, 2025

C. I believe that defendant(s) *(check one)*:

- [ ] is/are still committing these acts against me.
- [x] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race
- [ ] color
- [ ] gender/sex
- [x] religion
- [ ] national origin
- [x] age *(year of birth)* ________ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed. Hardess work place

Leading up to the Incident my co-worker + church member ask to take a break 3 Times to take his medication And because he wasn't allowed he passed out in the drive thru line cont →

---

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

09/03/2025

B. The Equal Employment Opportunity Commission *(check one)*:

- [ ] has not issued a Notice of Right to Sue letter.
- [x] issued a Notice of Right to Sue letter, which I received on *(date)* May, 24/2026

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- [x] 60 days or more have elapsed.
- [ ] less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Lost wages and benifits (back pay)
Monetary damages For Emotional Distress
Payment OF Court Fee's (any and all)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/19/2026

Signature of Plaintiff: Larry Donnell Ziglar

Printed Name of Plaintiff: LARRY DONNELL Ziglar

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Street Address ____________

State and Zip Code ____________

Telephone Number ____________

E-mail Address ____________

Cont. I question ①

Where he was working, By me being an ordain minister I Begin Praying over him Hardee's is a God Fearing company, why praying over him My Manager Linda Watkins which is white while I was praying started kicking and hiting me I am and African American at the time was 69 years old - not Only did she do this when I had Finish Praying she ran up to me and got in my Face with her Fist Ball up Tell me to hit her, But I told her why would I hit you Linda, She told me to go home and clock me out, I Ask her why, I hadn't not done anything wrong - in the passed by me being Ordained Minister I have been ask to Pray for many of my Co-workers. I went to my car and called Corporate to tell them about the Incident that had just happen:

Corporate send one of their Human Resource manager From Richmond VA. after Being interview by him they had witness the Incident on store camera Also I was Interview By Vice President of Human Resources Kathy Trush I expain the incident to her

Cont. E question

(2)

which they viewed the incident on the store Camera, which I told both interviewer that I should take it to the Media And they ask me not to. By me being an Ordain Minister I tried to do the right thing. I ask what where them what were they going to do About the manager put her Feet by kicking me & then by putting her hands on me by hitting me. I know by Law no one can put there Feet or hands on any Employee. And I told them I was not going back to work until compensated by Corporate, so this is what they did, which I thought the manager Linda watkin should have be fired, Instead they told her to retire with full benefits, and they told me I could go back to work because Linda had retired. After talking to vice President of Human Resource, she had the nerves to send me over to the workman Comp Depart saying you said you wanted to be composated knowing I did not get hurt on the Job. Workman Comp. is for Employee's that's hurt on the Job. Gallagher Bassett is an outside Company that hande workman Comp. For Boddie Noell Enterprises

Cont. E question ③

After talking with Monique Wilson Resolution Manager for Gallagher Bassett I told her I was not hurt and they sent me to them because I said I wanted to be compensated, It is really sad that corporate knew I would not be compensated by workman comp because I was not hurt on the Job

Insert: Going Back to beginning of the Incident someone putting their Feet or hands on you - And you being Black and the manager being white take my mindset back to early 60's and slavery Days

Gmail

Larry Ziglar <larry.ziglar@gmail.com>

# Reminder: Time-Sensitive EEOC Final Decision for EEOC Charge 435-2025-01688 / Decisión final urgente de la EEOC por el cargo 435-2025-01688

**EEOC** <no-reply@service.eeoc.gov> Sun, May 24, 2026 at 12:17 AM
To: "Mr. Larry D. Ziglar" <larry.ziglar@gmail.com>

**U.S. Equal Employment Opportunity Commission**

The Equal Employment Opportunity Commission (EEOC) has issued a final decision regarding EEOC Charge 435-2025-01688, which can be found in the document titled **DETERMINATION AND NOTICE OF RIGHTS** in the EEOC Public Portal. This email, as well as the DETERMINATION AND NOTICE OF RIGHTS, is official notice that the EEOC has dismissed the above-referenced EEOC charge and that the Charging Party has the right to sue the respondent(s) on this charge in court within 90 days of receipt of this notice. The DETERMINATION AND NOTICE OF RIGHTS also provides additional information related to filing suit under the laws enforced by the EEOC, including important time limits. Please note that the 90-day deadline for Charging Party to file a lawsuit is set by law and failure to file a lawsuit in that time may result in the inability to move forward with a lawsuit.

**You should log into the EEOC Public Portal, download and read the DETERMINATION AND NOTICE OF RIGHTS as soon as possible. You should also keep a record of the date you received this notice and save the downloaded DETERMINATION AND NOTICE OF RIGHTS.**

This email is an official notification from the Equal Employment Opportunity Commission (EEOC) regarding charge 435-2025-01688. Please do not reply to this email.

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact (800) 669-4000 and destroy all copies of the original message and attachments.*

La Comisión para la Igualdad de Oportunidades de Empleo (EEOC, por sus siglas en inglés), ha emitido una decisión final con respecto al cargo de dicha Comisión 435-2025-01688, que se encuentra en el documento titulado **Determinación y Notificación de Derechos** en el Portal Público de la EEOC. Este correo electrónico, así como la Determinación y Notificación de Derechos, es un aviso oficial que indica que la EEOC ha desestimado el cargo mencionado anteriormente y que la parte acusadora tiene derecho a demandar a los responsables de este cargo en un tribunal en los 90 días posteriores a la recepción de este aviso. La Determinación y Notificación de Derechos también proporciona información adicional relacionada con la presentación de la demanda bajo las leyes aplicadas por la EEOC, incluyendo límites de tiempo importantes. Por favor, tenga en cuenta que la fecha límite de 90 días para que la parte demandante presente la demanda está determinada por ley y que, en caso de no presentarla en ese plazo, podría dar como resultado la incapacidad de seguir adelante con esta.

**Debe registrarse en el Portal Público de la EEOC, descargar y leer la Determinación y Notificación de Derechos lo antes posible. Además, debería tomar nota de la fecha en la que recibió este aviso y guardar la Determinación y Notificación de Derechos descargada.**

Este correo electrónico es una notificación oficial de la EEOC relacionado con el cargo 435-2025-01688. Por favor, no responda a este correo electrónico.

*Aviso de confidencialidad: La información contenida en este correo electrónico puede contener información privilegiada y confidencial, incluida información protegida por las leyes de privacidad federales y estatales. Está destinada únicamente al uso de la(s) persona(s) nombrada(s) anteriormente. Si usted no es el(la) destinatario(a) previsto(a), se le notifica que cualquier revisión, difusión, distribución o duplicación de esta comunicación está estrictamente prohibida y puede ser*

*ilegal. Si usted no es el(la) destinatario(a) previsto(a), póngase en contacto con el (800) 669-4000 y destruya todas las copias del mensaje original y los archivos adjuntos.*