IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LARRY DONNELL ZIGLAR,<br><br>Plaintiff,<br><br>v.<br><br>BODDIE NOEL ENTERPRISES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:26CV847 |

**ORDER**

On October 4, 2026, the Text Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that all claims for race discrimination and retaliation under Title VII of the Civil Rights Act of 1964 ("Title VII") and all claims for age discrimination and retaliation under the Age Discrimination in Employment Act of 1967 are DISMISSED, but Plaintiff's claim for religious discrimination under Title VII may proceed.

/s/ Thomas D. Schroeder
United States District Judge

November 3, 2026